USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                      :

NEAL KENNETH ARCHER,                :

                            Plaintiff,    :           1:24-mc-204-GHW

                              -v -                  :           <u>ORDER</u>

THE UNITED STATES OF AMERICA, INC.,  :
*a foreign corporation, et al.*,

                            Defendants.  :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

       This case was filed April 12, 2024.  *See* Dkt. No. 1.  It is not a proper miscellaneous case.  *See generally id.*  If Plaintiff wishes to pursue any claims that he may have, he may file a new civil action in the appropriate court.

       The Clerk of Court is directed to close this case, and not to accept additional filings in this case.

       SO ORDERED.

Dated: April 29, 2024

                                                                       _____
                                                                         GREGORY H. WOODS
                                                                        United States District Judge